# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO.  09-16-00191-CR
_____

## KARIM ISAM ANABTAWI, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D150390-R**

## MEMORANDUM OPINION

On May 2, 2016, the trial court sentenced Karim Isam Anabtawi on a conviction for driving while intoxicated. Anabtawi filed a notice of appeal. The trial court signed a certification in which the court certified that this is a plea-bargain case, and the defendant has no right of appeal and has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On June 1, 2016, we notified the parties that we would dismiss the appeal unless the appellant established grounds

1

for continuing the appeal. No response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on June 28, 2016
Opinion Delivered June 29, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.